IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILIAN ESTUARDO FIGUEROA          :          CIVIL ACTION
MONROY                            :
                                  :
        v.                        :
                                  :          NO. 26-1764
JL JAMISON, et al.                :

ORDER

AND NOW, this 24th day of March 2026, it is hereby ORDERED that petitioner Wilian Estuardo Figueroa Monroy shall not be transferred out of the Eastern District of Pennsylvania pending further order of this court.

BY THE COURT:

/s/ Harvey Bartle III
                                                        J.